1 **Daniel J. Herling (SBN 103711)**
**DUANE MORRIS LLP**
2 **One Market, Spear Tower, Suite 2000**
**San Francisco, CA 94105-1104**
3 **Telephone: 415.957.3000**
**Facsimile: 415.957.3001**
4
**Brian McQuillen (Pro Hac Vice Pending)**
5 **DUANE MORRIS LLP**
**1540 Broadway**
6 **New York, NY 10036-4086**
**Telephone: 212.692.1000**
7 **Facsimile: 212-692-1020**

8 Email: djherling@duanemorris.com
        bmcquillen@duanemorris.com
9
**Attorneys for Defendant**
10 MOTHERS WORK, INC.

11

12                 **IN THE UNITED STATES DISTRICT COURT**

13              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                       **SAN FRANCISCO DIVISION**

15

16 **INGRID CARNEY, an individual and INGRID**          **Case No.: C07 1153 JCS**
**& ISABEL, INC., a California corporation,**
17                                                      **STIPULATION AND [~~PROPOSED~~]**
                                                        **ORDER RE (1) SCHEDULING**
                **Plaintiffs,**                         **CONFERENCE DATE; (2)**
18                                                      **SCHEDULING AND PROCEDURAL**
        **v.**                                          **MATTERS**
19
**MOTHERS WORK, INC., a Delaware**
20 **corporation,**

21                 **Defendant.**

22 _____

23         The parties hereto, by and through their undersigned counsel, stipulate as set forth below as

24 to the following:

25         A.      On February 27, 2007, plaintiffs filed a complaint for patent infringement.

26         B.      On or about February 27, 2007, the Court issued a scheduling order requiring a case

27 management statement to be due on June 1, 2007 and setting a case management conference for

28 June 8, 2007. Pursuant to local rules, these dates would require a FRCP 26(f) conference to take

1   place no later than May 18, 2007.

2        C.     On April 20, 2007, plaintiffs filed an amended complaint.

3        D.     On April 27, 2007, plaintiffs served the amended complaint upon defendant's agent

4   for service of process. This service date would require a responsive pleading no later than May 17,

5   2007.

6        E.     In order to ensure the parties engage in a meaningful FRCP 26(f) conference as well

7   as enable them to draft a joint case management conference statement, the parties agree to

8   scheduling as set forth below.

9                 **THE PARTIES HERETO STIPULATE AS FOLLOWS**:

10       1.     The date for a responsive pleading to the amended complaint, currently

11   scheduled for May 17, 2007, should be continued to June 15, 2007.

12       2.     The scheduling conference, which is currently set for June 8, 2007, should be

            July 27, 2007, at 1:30 p.m.

13   continued to ~~July 6, 2007~~.

                        shall be due by 7/20/7,

14       3.     The joint case management conference statement ~~filing requirements~~ and

15   FRCP 26(f) early meeting deadlines will be met according to the Northern District and Judge

16   Spero's local rules.

17

18                         **DUANE MORRIS** LLP

19

20   Dated: May 7, 2007        By: _____

21                             Daniel J. Herling

                              Attorneys for Defendant

22                             MOTHERS WORK, INC.

23

24

25

26

27

28

DM1\1117243.1

**CARR & FERRELL LLP**

Dated: May 7, 2007          By: _Christopher Grewe_
                                 Christopher P. Grewe
                                 Attorneys for Plaintiffs
                                 INGRID CARNEY and INGRID & ISABEL, INC.

IT IS SO ORDERED AS MODIFIED.

Dated: May _8_, 2007          _____
                              Honorable                        Spero
                              Judge Joseph C. Spero
                              UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA